UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CRIMILDA PEREZ-SANTIAGO, VOLUSIA
COUNTY HISPANIC ASSOCIATION,
JOEL ROBLES, CARMEN FORTIS,
EDWIN FORTIS, AND MADELYN PEREZ,

    Plaintiffs,

-vs-                              Case No. 6:08-cv-1868-Orl-28KRS

VOLUSIA COUNTY,
    Defendant.

# ORDER

This case is before the Court on Notice of Motion for Leave of Court to Withdraw Plaintiff Joel Robles' Claims and Withdraw Representation (Doc. No. 71) filed October 28, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 24, 2009 (Doc. No. 89) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Notice of Motion for Leave of Court to Withdraw Plaintiff Joel Robles' Claims and Withdraw Representation (Doc. 71) is **GRANTED**.

3. Plaintiff Joel Robles' claims are **DISMISSED without prejudice.**

DONE and ORDERED in Chambers, Orlando, Florida this __28__ day of December, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party