IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CRIMILDA PEREZ-SANTIAGO, VOLUSIA )<br>COUNTY HISPANIC ASSOCIATION, )<br>CARMEN FORTIS, EDWIN FORTIS, )<br>MADELYN PEREZ, )<br>)<br>      Plaintiffs, )<br>)<br>      v. )<br>)<br>VOLUSIA COUNTY, )<br>)<br>      Defendant. )<br>_____) | CIVIL ACTION NO.<br>6:08-cv-1868-Orl-28KRS |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Middle District Local Rule 3.08(b) and this Court's Order dated March 19, 2010 [DN 155] and for reasons set forth in the Parties' Settlement Agreement (the "Agreement"), annexed to this Stipulation and Order of Dismissal With Prejudice and incorporated herein, Plaintiffs' Crimilda Perez-Santiago, Volusia County Hispanic Association, Carmen Fortis, Edwin Fortis and Madelyn Perez and the Defendant, Volusia County (collectively the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree to the following:

1. The undersigned attorneys of each party certify that they are fully authorized by the Parties they represent to agree to the terms and conditions of the Agreement.

Accordingly, it is hereby ORDERED, STIPULATED, AND AGREED that:

- All claims by the Plaintiffs in this action up to and including the date of this agreement shall be dismissed under Fed. R. Civ. P. 41(a)(2);

- This Order of Dismissal expressly incorporates the terms of the annexed Agreement;

- The Court expressly retains jurisdiction of this case until December 31, 2012, to grant such relief as may be necessary and appropriate to ensure the fulfillment of the terms of the Agreement.

Dated: April ___, 2010.

DUANE MORRIS LLP

/s/ **Lida Rodriguez-Taseff**
Lida Rodriguez-Taseff, Esq.
Fla. Bar No.: 039111
Duane Morris LLP
200 South Biscayne Boulevard
Miami, Florida 33131
305-960-2200
Email : lrtaseff@duanemorris.com

Diana S. Sen, Esq. (pro hac vice)
Trial Counsel
LatinoJustice PRLDEF
99 Hudson St. - 14th Floor
New York, NY 10013
212-739-7582
Email: dsen@latinojustice.org

Luis Davila, Esq.
FBN 0890200
Davila & Torres P.A.
911 N. Main St. Ste. 5
Kissimmee, Florida 34744
407-933-0307
Email: mrldavila@aol.com

*Attorneys for Plaintiffs*

/s/ **Nancye R. Jones, Esq.**
Nancye R. Jones, Esq.
Assistant County Attorney
County of Volusia
123 W. Indiana Avenue
Deland, FL 32720
Tel: 386-736-5950
Email: njones@co.volusia.fl.us

*Counsel for Defendant, Volusia County*

IT IS SO ORDERED:

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record

CIVIL ACTION NO.
6:08-cv-1868-Orl-28KRS
Stipulation of the Parties and Final Order

## SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT (hereinafter the "Agreement") is made and entered into as of the _ day of April 2010, by and between Crimilda Perez-Santiago, Volusia County Hispanic Association, Carmen Fortis, Edwin Fortis and Madelyn Perez (hereafter "Plaintiffs'") and Volusia County (hereafter "Defendant") (Plaintiffs and Defendant are collectively referred hereto as the "Parties"). The following paragraphs constitute the entire Agreement between the Parties, and no amendment or modification of the Agreement will be valid or binding unless made in writing and signed by all Parties.

## W I T N E S S E T H

WHEREAS, the Plaintiffs' brought an action on behalf of Puerto Rican voters residing in Volusia County, alleging violations of Section 4(e) of the Voting Rights Act of 1965 by the Volusia County Department of Elections in failing, among other things, to provide bilingual ballots, in an action captioned: *Crimilda Perez-Santiago, Volusia County Hispanic Association, Joel Robles, Carmen Fortis, Edwin Fortis and Madelyn Perez v. Volusia County*, Case No.: 08-1868-ORL-28-KRS in the United States District Court Middle District of Florida (the "Lawsuit").

WHEREAS, Volusia County has denied the allegations and instead asserts that it has fully complied with Section 4(e) of the Voting Rights Act of 1965.

WHEREAS, the Parties have voluntarily agreed to completely resolve all disputes arising out of the Lawsuit and any other Claims otherwise asserted or that could have been asserted in connection with the 2008 election.

NOW, THEREFORE, in consideration of the promises and covenants set forth herein, the receipt and sufficiency of which is hereby acknowledged, the Parties agree as follows:

1. Volusia County agrees to continue to provide written election-related materials, in English and Spanish. This includes but is not limited to the following: voter registration

DM1/2128553.1

applications, polling place changes, polling place signage, voter information guides and pamphlets, voting instructions and procedures at the polls, and other election material used at the polls.

2. Starting with the 2010 election cycle, Volusia County agrees to provide sample ballots containing Spanish language translations. Such sample ballots containing Spanish language translations will be distributed and disseminated as follows:

(a) if feasible based on the equipment currently utilized by the Department of Elections, mailed to all self identified Hispanic registered voters or if not feasible based on the equipment currently utilized by the Department of Elections, reasonably calculated to be mailed to as many Hispanic voters as possible;

(b) published in local media publications in the form and frequency best calculated to achieve notice and understanding equal to that provided to the English-speaking population;

(c) prominently posted in multiple locations at early voting sites, and in the precincts on election day, including, (to the extent possible and if allowed by law) in the privacy booths; and

(d) made readily available at early voting sites and in the precincts on election day.

3. Starting with the 2010 election cycle, Volusia County will update the home page of its website at http://www.volusia.org/elections/ to provide a prominent link as to how to access the Spanish language version of the website.

4. Starting with the 2010 election cycle, Volusia County agrees to continue its efforts to recruit, hire, and assign poll workers, clerks, assistant clerks, deputies and other election personnel (collectively "poll workers") able to understand, speak, write, and read Spanish fluently to provide effective assistance to Spanish-speaking voters in Volusia County at the polls on election days and at early voting sites. In addition, Volusia County will train all poll workers regarding Spanish language assistance, including the means to make Spanish-language assistance and materials available to voters, and the requirement that poll workers provide the required

assistance. Volusia County will also provide a prominently displayed sign at all precincts with over 5% self-identified Hispanic registered voters notifying voters that Spanish-language assistance is available upon request.

5. Starting with the 2012 election cycle,[1] Volusia County will make all reasonable efforts to provide, (or, where already provided, agrees to continue to provide), the following:

(a) at least one bilingual poll worker in any precinct in Volusia County in which 5 to 15 percent of registered voters, as determined by Department of Elections official records at the close of voter registration, are self-identified as Hispanic;

(b) at least two bilingual poll workers in any precinct in Volusia County in which 16 percent to 25 percent of registered voters, as determined by Department of Elections official records at the close of voter registration, are self-identified as Hispanic; and

(c) at least three bilingual poll workers in any precinct in Volusia County in which 26 percent or more of registered voters, as determined by Department of Elections official records at the close of voter registration, are self-identified as Hispanic.

(d) for early voting, Volusia County agrees to make all reasonable efforts to provide at least four bilingual poll workers at the Southwest Volusia early voting site and at least one at each of the other early voting sites.

6. Starting with the 2012 election cycle, Volusia County agrees to make all reasonable efforts to provide one Spanish/English interpreter in every precinct in Volusia County in which 15 percent of registered voters, as determined by Department of Elections official records at the close of voter registration, are self-identified as Hispanic.

7. The Parties agree that Florida Statutes Sections 101.56075(1) and (2) require that all voting shall be by marksense ballot utilizing a marking device for the purpose of designating

---

[1] All references to the 2012 election cycle shall include, whenever practicable and feasible, elections held in 2011.

ballot selections (the "Marksense Ballots"), except that persons with disabilities may vote on a voter interface device that meets the voting system accessibility requirements for individuals with disabilities pursuant to the Help America Vote Act (the "Voter Interface Device"). The Parties further agree that Fla. Stat. § 101.56075(3) requires that by 2012, persons with disabilities are to be provided with Voter Interface Devices that comply with Fla. Stat. § 101.56075(1). The Parties further understand that the requirements of Fla. Stat. § 101.56075(3) may be extended by the Florida Legislature and thus agree that Volusia County's responsibilities hereunder will, in such an event, be extended accordingly.

8.   Starting with the 2012 election cycle, Volusia County will provide voters in all elections with Bilingual Marksense Ballots (the term "Bilingual Marksense Ballots" is defined herein as ballots formatted and printed for use pursuant to Fla. Stat. § 101.56075(1) and containing all text segments in two languages, English and Spanish, within the same document).

9.   Starting with the 2012 election cycle (or at such time as extended by the Florida legislature), Volusia County will make available to voters with disabilities, Voter Interface Devices with English language and Spanish language accessibility.

10.  At such time as Volusia County acquires new precinct-count-optical scanners, Volusia County will make all reasonable efforts to acquire such scanners as are capable of presenting all precinct count optical scanner instructions and messages to voters and all voter interfaces, in English and Spanish. This will be in addition to and not in place of providing Bilingual Marksense Ballots and Voter Interface Devices with English language and Spanish language accessibility.

11.  From the time of this settlement through the 2012 election cycle, the Parties agree to quarterly meetings to the extent deemed necessary by either party which shall include representatives of Plaintiffs, the Volusia County Supervisor of Elections and, if necessary and desirable, their counsel, for the purpose of addressing election administration related issues in Volusia County.

12. Volusia County shall make a one time payment in the amount of $99,995.00 to LatinoJustice PRLDEF for their attorneys' fees and costs in this action within 30 days after the Court enters the Stipulation And Order Of Dismissal With Prejudice. This payment shall be in full and final settlement of all claims that were brought by the Plaintiffs against Volusia County in connection with this lawsuit. Other than for this payment, the Parties agree that there will be no other payments and that all Parties shall bear their own attorneys' fees and costs.

13. The Parties agree to enter into a Stipulation so ordered by the Court incorporating the terms of this Agreement and reciting that no party is conceding liability. The Parties further agree to the entry of an Order that dismisses the Lawsuit with prejudice, with the Court retaining jurisdiction until December 31, 2012 to grant such relief as may be necessary and appropriate to ensure the fulfillment of the terms set forth above.

14. This Agreement is contingent upon the approval of Plaintiffs and also the approval of the Volusia County Council which will be sought on April 15, 2010.

15. The undersigned attorneys of each party certify that they are fully authorized by the Parties they represent to agree to the terms and conditions of this Agreement.

IN WITNESS WHEREOF, the undersigned have signed and executed this Agreement on the date set forth below as an expression of their intent to be bound by the foregoing terms of this Agreement.

Dated: April 19, 2010.

*On behalf of the Plaintiffs:*
By: _____
Name: Jose L. Perez, Esq.
Title: Associate General Counsel
        LatinoJustice PRLDEF

By: _____
Name: Diana S. Sen, Esq.
Title: Associate Counsel
        LatinoJustice PRLDEF

CIVIL ACTION NO.
6:08-cv-1868-Orl-28KRS
Stipulation of the Parties and Final Order

By: *[signature]*
Name: Lida Rodriguez-Taseff, Esq.
Duane Morris LLP

**On behalf of the Defendant:**

By: *[signature]*
Name: Nancye R. Jones
Title: Assistant County Attorney
County of Volusia